903-08/ROSS/MAM
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
UNIVERSAL REEFERS LTD.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
James L. Ross (JR 6411)
Manuel A. Molina (MM 1017)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNIVERSAL REEFERS, LTD.,

                        Plaintiff,

    - against -

HYRAM MARITIME S.A.L.,

                        Defendant.
-----------------------------------------------------------------x

**08 CIV 11100 (LBS)**

**NOTICE OF ATTACHMENT**

Plaintiff UNIVERSAL REEFERS LTD. hereby gives notice that the following amount has been restrained pursuant to the Writ of Maritime Attachment issued in the captioned matter:

| **Date of Attachment** | **Garnishee** | **Amount** |
|---|---|---|
| December 24, 2008 | American Express Bank | $268,227.81 |

Dated: New York, New York
       December 29, 2008

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff

By: _____
      James L. Ross

NYDOCS1/320608.1