USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-18-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNIVERSAL REEFERS LTD.,

                Plaintiff,

    -against –

HYRAM MARITIME S.A.L.,

                Defendant.
-------------------------------------------------------------x

08 Civ. 11100(LBS)

**ORDER DIRECTING**
**RELEASE OF FUNDS AND**
**DISMISSAL OF ACTION**

       **WHEREAS** Plaintiff commenced this action on December 22, 2008 in order to obtain security pursuant to Rule B of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims;

       **WHEREAS** the Court issued an Order authorizing the issuance of Process of Maritime Attachment and Garnishment on December 22, 2008;

       **WHEREAS** Defendants have not appeared in this action;

       **WHEREAS** funds in the sum of $268,227.81 have been restrained by garnishee American Express Bank pursuant to the Process of Maritime Attachment and Garnishment (PMAG) authorized to be issued by the Court;

       **WHEREAS** Plaintiff has reported and submitted evidence to the Court that the parties have agreed to settle their dispute and that the settlement funds should be paid from the funds restrained pursuant to the PMAG;

       **NOW, THEREFORE**, on application of the Plaintiff UNIVERSAL REEFERS LTD. it is hereby

**ORDERED** that American Express Bank is directed to forthwith release the sums of $268,227.81 to the escrow account of Plaintiff's attorneys Freehill Hogan & Mahar, LLP, in accordance with the following instructions:

> Citibank, N.A.
> 120 Broadway
> New York, NY 10271
> SWIFT Code: CITIUS33
> ABA No. 021 000 089
> Account No. **37032209** - United States Dollars
> Payee Name: Freehill, Hogan & Mahar

**IT IS FURTHER ORDERED** that this action is dismissed with prejudice.

Dated: New York, New York
       February 18, 2009

**SO ORDERED:**

_____
Leonard B. Sand
United States District Judge